FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy   DEPUTY

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEELON FRANCISCO, | Case No. EDCV 12-857 CJC (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| T. JACKSON, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice for the reasons set forth in the Court's corresponding Order.

Dated: October 16, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy   DEPUTY