FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy                            DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEELON FRANCISCO, | Case No. EDCV 12-857 CJC (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| T. JACKSON, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice for the reasons set forth in the Court's corresponding Order.

Dated: October 16, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy                            DEPUTY